UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CLAUDIA HERNANDEZ-BECERRA, <br><br> Defendant - Appellant. | No. 18-50403 <br><br> D.C. No. 3:18-mj-20491-WVG-H-1 <br> U.S. District Court for Southern California, San Diego <br><br> **ORDER** |

The amicus brief submitted by Nonprofit Organizations, Immigrant Rights and Community Groups, and Mental Health Providers on April 17, 2019 is filed.

Within 7 days of this order, amici curiae are ordered to file 7 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7