United States Court of Appeals
For the Ninth Circuit

| | |
|---|---|
| United States of America,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>Claudia Hernandez-Becerra,<br><br>        Defendant-Appellant. | U.S.C.A. No. 18-50403<br><br>**Joint Motion to Remand** |

    Claudia Hernandez-Becerra has appealed her conviction for eluding examination or inspection, a misdemeanor under 8 U.S.C. § 1325(a)(2). On December 9, 2019, this Court heard oral argument and submitted the case for decision. However, in light of recent developments, the parties jointly move the Court to vacate Ms. Becerra's conviction and remand her case to the district court.

    In *United States v. Corrales-Vazquez*, 931 F.3d 944 (9th Cir. 2019), the Court held that the crime of eluding examination or inspection under § 1325(a)(2) only applies to defendants who enter the United States surreptitiously at a port of entry. The crime does not apply to individuals (like Ms. Hernandez-Becerra) who entered the United

States between ports of entry—for instance, in a rural area miles from the nearest port. Because of this, the parties agree that Ms. Hernandez-Becerra's conduct does not fall within the scope of § 1325(a)(2).

Although the government filed a petition for rehearing in *Corrales-Vazquez*, the Court denied that petition on February 10, 2020. Since then, the parties have jointly moved to vacate the convictions of similarly-situated individuals charged under § 1325(a)(2) in the Southern District of California. Because this Court has not yet issued a decision in Ms. Hernandez-Becerra's case, and in the interests of justice, the parties jointly move the Court to vacate her conviction and remand this case to the district court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Kara Hartzler* |
| DATED: February 21, 2020 | KARA HARTZLER<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900<br>San Diego, California 92101-5030<br>Telephone: (619) 234.8467 |
|  | */s/ Benjamin Holley*<br>BENJAMIN HOLLEY<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>Room 6293 |

2

3

880 Front Street
San Diego, CA 92101
619.557.7459